UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENSON KINNEY,

    Plaintiff,

v.    Case No. 3:12-cv-352-J-20MCR

CAPTAIN JOHNSON, et al.,

    Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 1, 2012, the Court ordered Plaintiff to file an Affidavit of Indigency. Further, the Court notified Plaintiff that his failure to do so on or before May 21, 2012, would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of May, 2012.

    UNITED STATES DISTRICT JUDGE

ps 5/25
c:
Benson Kinney